



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/07/2023

**MEMO ENDORSED**

fisherphillips.com

**New Jersey**
430 Mountain Avenue, Suite 303
Murray Hill, NJ  07974

(212) 956-0897 Tel
(212) 956-1971 Fax

**Writer's Direct Dial:**
908.516.1059

**Writer's E-mail:**
pbauknight@fisherphillips.com

July 7, 2023

**Via ECF**
The Honorable Valerie E. Caproni
United States District Judge
United States District Court
Southern District of New York
40 Foley Square, Room 240
New York, New York 10007

      Re:    *Rodriguez v. Wayfair, LLC*
                 Case No. Civil Action No. 1:23-cv-02213

Dear Judge Caproni:

      We represent Defendant Wayfair, LLC ("Defendant" or "Wayfair") in the above-referenced action. We write to respectfully request that the Court adjourn the initial case management conference, which is currently set for July 14, 2023 (and to adjourn the corresponding deadline for the parties to submit the joint proposed Case Management Plan and Scheduling Order and joint letter). The parties have conferred, and propose resetting the initial case management conference to a date at least 30 days from the date of this letter. The undersigned counsel was just retained this week and this adjournment will allow counsel to investigate this matter and for the parties to continue exploring early settlement options. This is Defendant's first request for such an extension.  Counsel for Plaintiff has advised that they do not object to this request.

      Thank you for Your Honor's consideration and attention to this matter.

                                  Respectfully,

                                  PHILLIP C. BAUKNIGHT
                                  For FISHER & PHILLIPS LLP

PCB:scf
cc:    All counsel of record (via ECF)
        Steve A. Miller / Fisher Phillips
        Scott Fanning / Fisher Phillips
**Fisher & Phillips LLP**
Atlanta • Baltimore • Boston • Charlotte • Chicago • Cleveland • Columbia • Columbus • Dallas • Denver • Fort Lauderdale • Gulfport • Houston
Irvine • Kansas City • Las Vegas • Los Angeles • Louisville • Memphis • New Jersey • New Orleans • New York • Orlando • Philadelphia
Phoenix • Portland • Sacramento • San Antonio • San Diego • San Francisco • Seattle • Tampa • Washington, DC

FP 47636692.1

Application GRANTED.  The initial pretrial conference in this matter is ADJOURNED to **Friday, August 11, 2023, at 10:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.  The parties' pre-conference submissions, as described at Dkt. 5, are due by **August 3, 2023**.  Defendant's deadline to answer or otherwise respond to the complaint is **August 11, 2023**.

SO ORDERED.

07/07/2023

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE